IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,

v.

THE CHIPPEWA VALLEY TECHNICAL
COLLEGE, MARGO KEYS AND JERRY
MOLDENHAUER,

    Defendants.

ORDER

Case No. 14-cv-476-wmc

Plaintiff Michael Young has filed a proposed civil complaint and requests leave to proceed without prepayment of the filing fee in the above-referenced case. He supports his request with an affidavit of indigency. The standard for determining whether plaintiff qualifies for indigent status is the following:

- From plaintiff's annual gross income, the court subtracts $3,700 for each dependent excluding the plaintiff.

- If the balance is less than $16,000, the plaintiff may proceed without any prepayment of fees and costs.

- If the balance is greater than $16,000 but less than $32,000, the plaintiff must prepay half the fees and costs.

- If the balance is greater than $32,000, the plaintiff must prepay all fees and costs.

- Substantial assets or debts require individual consideration.

In this case, plaintiff is unemployed and has no assets. Plaintiff receives $770.00 per month from social security disability and $167.00 per month from state SSI, or $11,244.00

annually. Additionally, plaintiff reports that he supports two minor dependents. The court subtracted $3,700.00 for each dependent from plaintiff's annual income leaving a balance of $3,844.00. Accordingly, plaintiff may proceed without any prepayment of fees or costs.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Michael Young for leave to proceed without prepayment of fees (Dkt. # 2) is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 1st day of July, 2014.

BY THE COURT:

*s/*

PETER OPPENEER
Magistrate Judge