IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MICHAEL YOUNG,

    Plaintiff,　　　　　　　　　　　　JUDGMENT IN A CIVIL CASE

v.　　　　　　　　　　　　　　　　　　　　14-cv-476-wmc

THE CHIPPEWA VALLEY TECHNICAL
COLLEGE, MARGO KEYS and JERRY
MOLDENHAUER,

    Defendants.

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for plaintiff's failure to state a claim.

| /s/ | November 5, 2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |